UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>My Big Coin Pay, Inc., Randall Crater, and Mark Gillespie,<br><br>    Defendants,<br><br>Kimberly Renee Benge, Kimberly Renee Benge d/b/a Greyshore Advertisement a/k/a Greyshore Advertiset, Barbara Crater Meeks, Erica Crater, Greyshore, LLC, Greyshore Technology, LLC,<br><br>    Relief Defendants. | Case No.<br><br>**Filed Under Seal** |

**PLAINTIFF'S *EX PARTE* MOTION FOR A TEMPORARY RESTRAINING ORDER**

Plaintiff Commodity Futures Trading Commission ("Commission") hereby moves, pursuant to Section 6c of the Commodity Exchange Act, ("Act") 7 U.S.C. § 13a-1 (2012), and in accordance with Rule 65 of the Federal Rules of Civil Procedure, for emergency injunctive relief against defendants Randall Crater, Mark Gillespie, and the company My Big Coin Pay, Inc. ("MBCP") (collectively, "Defendants"); and relief defendants Kimberly Renee Benge, Kimberly Renee Benge d/b/a Greyshore Advertisement a/k/a Greyshore Advertiset, Barbara Crater Meeks, Erica Crater, Greyshore, LLC, and Greyshore Technology, LLC (collectively, "Relief Defendants"). As shown in the accompanying Memorandum in Support, and as alleged in the Commission's contemporaneously filed Complaint For Injunctive and Other Equitable Relief and For Civil Monetary Penalties Under the Commodity Exchange Act and Commission Regulations ("Complaint"), Defendants have engaged, are engaging, and may be about to engage

in acts and practices that constitute violations of Section 6(c)(1) of the Act, 7 U.S.C. § 9(1) (2012), and Commission Regulation ("Regulation") 180.1(a), 17 C.F.R. § 180.1(a) (2017). Accordingly, the Commission moves for a temporary restraining order to enable the Court to grant full and effective relief by preserving the status quo, in particular by (1) freezing Defendants' and Relief Defendants' assets by prohibiting them from withdrawing, transferring, removing, dissipating, or disposing of any funds, assets, or other property; and (2) prohibiting Defendants and Relief Defendants from destroying, altering or disposing of any books and records or other documents.[1]

The Commission submits this motion on an *ex parte* basis, requests that the Court schedule a hearing on the motion at the Court's earliest convenience, and states that it will serve defendants as soon as possible with all the pleadings filed herewith. In support of this motion, the Commission submits the accompanying memorandum of law and the Declaration of Senior Commodity Futures Trading Investigator Patricia Gomersall with supporting exhibits.

## ORAL ARGUMENT REQUESTED

The Commission respectfully requests that the Court hear oral argument on this emergency *ex parte* motion, and estimates that half an hour will be required for that purpose. A proposed order is being submitted with this motion.

---

[1] The Commission is also seeking broader equitable relief through its contemporaneously filed Motion for Preliminary Injunction. In that motion, which is on notice to Defendants, the Commission seeks an order continuing the emergency relief requested in this *ex parte* Motion for a Temporary Restraining Order, and broader equitable relief including an order prohibiting, among other things, future violations of Section 6(c)(1) of the Act and Regulation 180.1(a).

Dated: January 16, 2018							Respectfully submitted,

_____
Traci L. Rodriguez, Chief Trial Attorney
Jonah E. McCarthy, Trial Attorney
John Einstman, Chief Trial Attorney
Paul G. Hayeck, Deputy Director (Mass. Bar No. 554815)
Attorneys for Plaintiff
**COMMODITY FUTURES TRADING COMMISSION**
1155 21st Street, N.W.
Washington, D.C. 20581
(202) 418-5312 (Hayeck direct)
phayeck@cftc.gov (Hayeck email)