UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>MY BIG COIN PAY, INC.; MY BIG COIN, INC.; RANDALL CRATER; MARK GILLESPIE; JOHN ROCHE; and MICHAEL KRUGER;<br><br>    Defendants,<br><br>KIMBERLY RENEE BENGE; KIMBERLY RENEE BENGE d/b/a GREYSHORE ADVERTISEMENT a/k/a GREYSHORE ADVERTISET; BARBARA CRATER MEEKS; ERICA CRATER; GREYSHORE, LLC; and GREYSHORE TECHNOLOGY, LLC;<br><br>    Relief Defendants. | Case No.:<br>1:18-cv-10077-RWZ |

**DEFENDANT RANDALL CRATER AND RELIEF DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**

Defendant Randall Crater and all Relief Defendants move to dismiss the Amended Complaint of the Plaintiff, Commodity Futures Trading Commission, pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6). The Plaintiff lacks jurisdiction to bring the claims against Defendant Crater and the Relief Defendants, and this Court lacks subject matter jurisdiction because there is no federal question under the Commodity Exchange Act, 7 U.S.C. §§ 1 et seq. (the "CEA"). The Complaint also fails to state a claim because there is no violation under the CEA, and ii) there is no misappropriation of customer funds.

Wherefore, Defendant Randall Crater and Relief Defendants respectfully request that the Court dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6).

<u>REQUEST FOR ORAL ARGUMENT</u>

Pursuant to Local Rule 7.1(d), Defendant Randall Crater and all Relief Defendants respectfully request a hearing for oral argument on this Motion.

Respectfully submitted,

| | |
|---|---|
| /s/_____ Katherine Cooper<br>Katherine Cooper<br>  kcooper@mmlawus.com<br>MURPHY & MCGONIGLE P.C.<br>1185 Avenue of the Americas, 21st Floor<br>New York, NY 10036<br>Telephone: (212) 880-3630<br><br>*Counsel for Randall Crater* | /s/_____ Steven N. Fuller<br>Steven N. Fuller, NH Bar 4813<br>  sfuller@mzclaw.com<br>MARKUN ZUSMAN FRENIERE &<br>COMPTON, LLC<br>40 Grove Street, Suite 275<br>Wellesley, MA. 02482<br>Telephone: (781) 489-5464 office<br><br>*Counsel for Randall Crater and Erica Crater* |
| /s/ _____ Laura Greenberg-Chao<br>Laura Greenberg-Chao, BBO# 650916<br>  lgreenbergchao@henshon.com<br>HENSHON KLEIN LLP<br>120 Water Street, 2d Floor<br>Boston, Massachusetts  02109<br>Telephone: (617) 367-1800<br><br>*Counsel for Relief Defendants Kimberly Renee Benge; Kimberly Renee Benge d/b/a Greyshore Advertisement aka Greyshore Advertiset; Barbara Crater Meeks, Greyshore, LLC; and Greyshore Technology, LLC* | /s/_____ Ray Chandler<br>Ray E. Chandler, #93<br>  rchanatty6@aol.com<br>CHANDLER & JENNINGS, LLC<br>1060 E. Montague Avenue, Ste. 301<br>N. Charleston, SC 29405<br>Telephone: (843)745-4542<br><br>*Counsel for Randall Crater and Erica Crater* |

Date: May 4, 2018

## LOCAL RULE 7.1 CERTIFICATION

I, Laura Greenberg-Chao, counsel for the Relief Defendants, hereby certify that I contacted counsel for the Plaintiff, Jonah McCarthy, in a good faith attempt to resolve or narrow the issues concerning this request, but have been unable to speak with him. I also certify that counsel for the Plaintiff was previously aware of the arguments made in this Motion because a substantially similar version was served on Plaintiff earlier in this matter.

                                                /s/                Laura Greenberg-Chao
                                               Laura Greenberg-Chao

## CERTIFICATE OF SERVICE

I, Laura Greenberg-Chao, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 4, 2018.

                                                /s/                Laura Greenberg-Chao
                                               Laura Greenberg-Chao