UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

COMMODITY FUTURES TRADING COMMISSION

Plaintiff,

V.

CIVIL ACTION NO. 18-cv-10077-DJC

MY BIG COIN PAY, INC. et al.,

Defendants,

### NOTICE OF DEFAULT

Upon application of the plaintiffs, for order of Default for failure of the defendant, **Michael Kruger** to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendant has been defaulted this 23rd day of April, 2025.

ROBERT FARRELL, CLERK

By: /s/ Savannah Cook

April 23rd, 2025

Deputy Clerk