UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>                Plaintiff,<br><br>      v.<br><br>My Big Coin Pay, Inc., My Big Coin, Inc., Randall Crater, Mark Gillespie, John Roche, and Michael Kruger,<br><br>                Defendants,<br><br>Kimberly Renee Benge, Kimberly Renee Benge d/b/a Greyshore Advertisement a/k/a Greyshore Advertiset, Barbara Crater Meeks, Erica Crater, Greyshore, LLC, Greyshore Technology, LLC,<br><br>                Relief Defendants. | Case No. 1:18-cv-10077- DJC |

### **PLAINTIFF'S NOTICE OF DISMISSAL AS TO DEFENDANT MICHAEL KRUGER**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Commodity Futures Trading Commission (the "Commission") hereby notices the voluntary dismissal of its Amended Complaint as to Defendant Michael Kruger without prejudice, due to his death. The Commission recently learned from counsel for Defendant Randall Crater that Defendant Kruger passed away on or about July 22, 2023, after the commencement of this action.[1] Prior to his death, Defendant Kruger was served by publication with a summons and the Amended Complaint on September 3, 2018, pursuant to the Court's July 24, 2018 Order authorizing the

---

[1] As noted in the Status of the Case, ECF No. 192, counsel for the Commission received the Certificate of Death from the State of Arizona on April 28, 2025 and was awaiting approval from the Commission to file this notice, which has been obtained.

Commission to serve Kruger by publication, ECF No. 96. *See* ECF No. 102 (acknowledging service of process on Kruger on September 3, 2018). Kruger did not serve an answer or a motion for summary judgment. Accordingly, Plaintiff is voluntarily dismissing its Amended Complaint as to Defendant Michael Kruger.

Dated: May 1, 2025                                                     Respectfully submitted,

**PLAINTIFF COMMODITY FUTURES TRADING COMMISSION**

By:    /s/ Traci L. Rodriguez
       Traci L. Rodriguez
       Paul G. Hayeck, MA Bar 554815
       1155 21st Street, N.W.
       Washington, DC 20581
       (202) 418-5980 (Rodriguez direct)
       trodriguez@cftc.gov (Rodriguez email)

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Traci L. Rodriguez
Traci L. Rodriguez

**COMMODITY FUTURES TRADING COMMISSION**
1155 21st Street, N.W.
Washington, D.C. 20581
(202) 418-5980 (Rodriguez direct)
trodriguez@cftc.gov (Rodriguez email)

*Attorney for Plaintiff*
